**FILED**

JAN 3 0 2008  NF

1-30-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GRAZINA ARCHULETA, ) <br> A44-862-899, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MUKASEY, Attorney General ) <br> of the United States; ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> RUTH A. DOROCHOFF, District Director, ) <br> Chicago Office, U.S. Citizenship and ) <br> Immigration Services; ) <br> ROBERT MUELLER, Director, ) <br> Federal Bureau of Investigation ) <br> of the United States; and ) <br> EMILIO GONZALEZ, Director, ) <br> U.S. Citizenship and Immigration Services ) <br> ) <br> Defendants. ) <br> _____ ) | 08CV 668 <br> JUDGE LINDBERG <br> MAGISTRATE JUDGE ASHMAN |

## DESIGNATION OF LOCAL COUNSEL

**To the Honorable Judges of Said Court:**

Plaintiff, Ms. Grazina Archuleta, through undersigned counsel, hereby designates to the Court the following to serve as local counsel:

Stanley J. Horn, Esq.
Stanley J. Horn & Associates
2 North LaSalle
Room 630
Chicago, Illinois 60602

Respectfully submitted this 29th day of January, 2008.

                KUCK CASABLANCA LLC

                Charles H. Kuck, Esq.
                GA Bar No. 429940
                8010 Roswell Road, Suite 300
                Atlanta, GA 30350
                404-816-8611 (phone)
                404-816-8615 (fax)