UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grazina ARCHULETA,<br>    A44-862-899,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>RUTH A. DOROCHOFF, District Director,<br>Chicago Office, U.S. Citizenship and<br>Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services; and<br>ROBERT MUELLER, Director, Federal<br>Bureau of Investigation of the United States<br><br>    Defendants. | Civil Action No.<br>08-CV-668 |

**PLAINTIFF'S MOTION TO DISMISS**

Plaintiff, Ms. Grazina Archuleta (hereinafter "Plaintiff") moves this Court to dismiss her Complaint for a Writ of Mandamus against the Defendants as

Defendants have taken action on Plaintiff's long-pending Application to Adjust Status to Permanent Resident, making the basis of her Complaint moot.

Plaintiff's Application to Adjust Status to Permanent Resident had been pending with the U.S. Citizenship & Immigration Services since October 30, 2002. No action had been taken by Defendants to process Plaintiff's Application.

On January 30, 2008, Plaintiff filed a Complaint for Writ of Mandamus against Defendants in this Court to compel the Defendants to adjudicate her Application.

On March 13, 2008, Plaintiff received correspondence from the U.S. Citizenship & Immigration Services indicating that her Application had been approved. See Exhibit A, Notice of Approval.

The primary issue behind Plaintiffs' Complaint for Writ of Mandamus was to obtain the adjudication of her Application for Permanent Residence. Because the Defendants have now responded by moving forward with the adjudication of Plaintiff's Application, the central issue in this case is now moot.

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, allowing a plaintiff (or petitioner) to voluntarily dismiss his or her case, Plaintiff respectfully request this Court to dismiss her Complaint for Writ of Mandamus.

Respectfully submitted this 19th day of March, 2008.

KUCK CASABLANCA & ODOM, LLC


\signed:  Charles H. Kuck\

Charles H. Kuck
Georgia Bar No. 429940
Attorney for Plaintiff
8010 Roswell Road, Suite 300
Atlanta, GA  30350
Tel:  (404) 816-8611
Fax: (404) 816-8615

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of each of the foregoing **PLAINTIFF'S MOTION TO DISMISS**, having *delivered by first class mail, postage prepaid,* a copy of same as follows:

Patrick Fitzgerald, U.S. Attorney
219 S. Dearborn
Room 500
Chicago, Illinois 60604

this 19th day of March, 2008.

\signed:  Charles H. Kuck\

Charles H. Kuck
Georgia Bar No. 429940
Kuck Casablanca & Odom, LLC
8010 Roswell Road, Suite 300
Atlanta, GA  30350
Tel:  (404) 816-8611
Fax: (404) 816-8615

# EXHIBIT A



U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

March 13, 2008

Grazina Archuleta                           A: 044 862 899
2073 Gardener Circle West                   Approval Date: March 13, 2008
Aurora, Illinois 60504                      Adj. Class: E39

Cc:   Charles H. Kuck
      Littler Mendelson
      3348 Peachtree Road N.E. Ste. 1100
      Atlanta, Georgia 30326

Dear Sir or Madam:

Please be advised that you have been granted permanent resident alien status as of March 13, 2008. This letter should not be regarded as proof of that status. You are being processed for an alien registration card, which will be mailed to you at the above address within the next few weeks. If you move from that address prior to receiving the card, please notify this office by mail of your new address. If you require proof of your status in order to travel, accept employment or other reason, you may come to our office at 101 W. Congress Parkway, Chicago, Illinois for a temporary stamp. To schedule an appointment, visit our website at http://infopass.uscis.gov/. Bring this letter and your passport with you.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff
District Director

www.uscis.gov